UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk                                                                 Reply to Northern Division Address

March 18, 2003

Christopher P. Brown
7420 Baltimore Annapolis Blvd
Glen Burnie, MD 21061

                              Re:   Case No. JFM-02-4023

Dear Counsel/Party:

Your Response (Answer) to Motion to Dismiss, or in the alternative to Transfer for Improper Venue as received in paper format on.  This document should have been filed electronically.

[ ]   The document has been scanned and filed electronically.  The paper copy is being returned to you.

[ x ]   A one time exception has been made and the paper document has been filed.

All further filings in this case should be made in accordance with the policies and procedures of this Court on electronic filing.  Those policies and procedures are available on the Court's web site: www.mdd.uscourts.gov.

If you are not a registered CM/ECF user, you should immediately register.  Registration is available on-line on the Court's web site.

Please be advised that any future filings which are not made electronically may be returned to you.

                                                     Very truly yours,

                                                     /s/
                                                     Janet Buker
                                                     for
                                                     Felicia C. Cannon, Clerk

cc:   Other counsel/party

U.S. District Court (Rev. 3/3/2003) - Warning letter

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 240 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov