UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**ELIZABETH ESHELMAN and**
**KEVIN ESHELMAN**
)
)
)
)
    Plaintiffs
)
)
v. ) Civil Action No. JFM-02-4023
)
**UNITED STATES OF AMERICA** )
)
    Defendant

## ORDER

UPON CONSIDERATION of the Motion of the Defendant, United States of America, to Dismiss or, in the Alternative, to Transfer for Improper Venue, the Answer thereto, the record in this case, and the applicable law, it is this 24th day of March 2003:

ORDERED, that the Motion of the Defendant to Dismiss or, in the Alternative, to Transfer for Improper Venue, be and hereby is GRANTED; and it is further,

ORDERED, that the Clerk shall DISMISS the Complaint of Elizabeth Eshelman and Kevin Eshelman and TRANSFER this case to the U.S. District Court for the MIDDLE District of Tennessee, as of the date of this Order; and it is further,

ORDERED that the Clerk shall MAIL copies of this order to counsel listed below and close this case.

/s/
The Honorable Frederick J. Motz
United States District Judge

20

24