UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
### DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk                                                                                      Reply to Northern Division Address

March 24, 2003

United States District Court
Middle District of Tennessee
801 Broadway Nashville, TN 37203-3869

    Re:    Elizabeth Eshelman and Kevin Eshelman vs. United States of America
           Civil Action No.: JFM-02-4023
           Criminal Action No.:

Dear Clerk:

[ x ] On March 24, 2003, an Order was filed transferring the above-captioned case to your Court. Enclosed is a certified copy of the Order and docket entries. Also enclosed are all the original papers on file.

[ ] On, an Order was filed accepting jurisdiction by your court in this case. Enclosed are certified copies of the Transfer of Jurisdiction (Prob 22), Indictment, Judgment and Commitment, and docket entries.

[ ] Consent of the Defendant and approval of the United States Attorney having been received, this matter is being transmitted to your Court pursuant to Fed. R. Crim. P. 20(a). Enclosed are all the original papers on file.

Kindly acknowledge receipt of the enclosed on the duplicate copy of this letter and indicate the case number assigned in your District in the area provided below.

    Thank you for your cooperation and courtesy in this matter.

                                      Sincerely,

                                      Felicia C. Cannon, Clerk

                            By:    Janet Buker

                                      Deputy Clerk

Enclosure

Received by: _____
Date: _____
New Case No.: _____                      Letter Transferring Case (Rev. 02/26/2002)

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 240 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov